```
TRIMONDA LADEISE HEIDELBERG   CREDIT ACCEPTANCE          ONEMAIN
93 JAMES COOLEY DR            ATTN: BANKRUPTCY           PO BOX 1010
SHUBUTA, MS 39360             25505 WEST 12 MILE RD      EVANSVILLE, IN 47706
                               STE 3000
                              SOUTHFIELD, MI 48034


THOMAS C. ROLLINS, JR.        CREDIT COLLECTION SERV     SPEEDY CASH
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY           3611 N. RIDGE RD.
P.O. BOX 13767                725 CANTON ST              WICHITA, KS 67205
JACKSON, MS 39236             NORWOOD, MA 02062


24/7 ADVANCE FINANCIAL        EASY MONEY                 SPOT LOAN
100 OCEANSIDE DR              114 MASON ST               PO BOX 927
NASHVILLE, TN 37204           LAUREL, MS 39440           PALATINE, IL 60078-0927


ABSOLUTE FINANCIAL            FAMILY CHOICE FINANIAL     SUMMIT FINANCIAL
1108C MISSISSIPPI DR          828 WOODLAND DR N          542 S ARCHUSA AVE
WAYNESBORO, MS 39367          FOREST, MS 39074           QUITMAN, MS 39355


ADVANCE AMERICA               FIRST STATE BANK           TITLE MAX
1318 AZALEA DR                POB 506                    19 PASS RD
WAYNESBORO, MS 39367          WAYNESBORO, MS 39367       GULFPORT, MS 39507


ARCHUSA FINANCE               KIKOFF                     TOWER LOAN
117 N ARCHUSA AVE             ATTN: BANKRUPTCY           PO BOX 546
QUITMAN, MS 39355             75 BROADWAY                WAYNESBORO, MS 39367
                              SAN FRANCISCO, CA 94111


CASHNET USA                   KIRSTEN HAYES              UPROVA CREDIT
175 W JACKSON                 901 HILL ST                635 HWY 20 V
STE 1000                      WAYNESBORO, MS 39367       UPPER LAKE, CA 95485
CHICAGO, IL 60604


CC BANK                       LEND NATION                WAYNESBORO MONEY CENTE
ATTN: BANKRUPTCY              801 MISSISSIPPI DR         P.O. BOX 954
1835 W. STATE STREET          WAYNESBORO, MS 39367       WAYNESBORO, MS 39367
PLEASANT GROVE, UT 84062


COMMUNITY CHOICE              MS TITLE                   WORLD FINANCE CORP
127 S 16TH AVE                104 N 16TH AVE             P.O.BOX 6429
LAUREL, MS 39440              LAUREL, MS 39440           GREENVILLE, SC 29606
```

```
ZARZAUR & SCHWARTZ PC
P.O. BOX 11366
BIRMINGHAM, AL 35202
```