## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Trimonda Ladeise Heidelberg　　　　　　　　Case No. 25-51344-KMS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Proceedings

## **NOTICE OF APPEARANCE**

　　COMES NOW, Gulfco of Mississippi, LLC, d/b/a Tower Loan of Waynesboro, by and through its attorney, and files this Notice of Appearance in the above styled action.

This the 1st day of October, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph T. McDaniel
　　　　　　　　　　　　　　　　　　　　　　　　　　Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

Thomas Carl Rollins, Jr
trollins@therollinsfirm.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@us.doj.gov

Trimonda Ladeise Heidelberg
93 James Cooley Dr
Shubuta, MS 39360

Derek A Henderson T1
Chapter 7 Trustee

This the 1st day of October, 2025

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176