United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51344-KMS
Trimonda Ladeise Heidelberg Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Dec 17, 2025      Form ID: 318      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trimonda Ladeise Heidelberg, 93 James Cooley Dr, Shubuta, MS 39360-9101 |
| cr | + | Family Choice Financial, Inc. - Waynesboro Branch, 801 Court Street, Waynesboro, MS 39367-2429 |
| 5562758 | + | Absolute Financial, 1108C Mississippi Dr, Waynesboro, MS 39367-2349 |
| 5562760 | + | Archusa Finance, 117 N Archusa Ave, Quitman, MS 39355-2317 |
| 5565157 | + | B. Joey Hood, II, B. Joey Hood II, Attorney at Law, PLLC, For Family Choice Financial Inc Waynesbo, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5562766 | + | Easy Money, 114 Mason St, Laurel, MS 39440-4448 |
| 5562768 | + | First State Bank, Pob 506, Waynesboro, MS 39367-0506 |
| 5562770 | + | Kirsten Hayes, 901 Hill St, Waynesboro, MS 39367-2463 |
| 5562771 | + | Lend Nation, 801 Mississippi Dr, Waynesboro, MS 39367-2437 |
| 5562772 | + | MS Title, 104 N 16th Ave, Laurel, MS 39440-4132 |
| 5562775 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5562776 | + | Summit Financial, 542 S Archusa Ave, Quitman, MS 39355-2330 |
| 5562778 | ++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001 address filed with court:, Tower Loan, PO Box 546, Waynesboro, MS 39367 |
| 5562779 | | Uprova Credit, 635 Hwy 20 V, Upper Lake, CA 95485 |
| 5562780 | + | Waynesboro Money Cente, P.O. Box 954, Waynesboro, MS 39367-0954 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Dec 18 2025 00:26:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | | EDI: AGFINANCE.COM | Dec 18 2025 00:26:00 | ONEMAIN FINANCIAL GROUP, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5562757 | ^ | MEBN | Dec 17 2025 19:22:49 | 24/7 Advance Financial, 100 Oceanside Dr, Nashville, TN 37204-2351 |
| 5562759 | + | Email/Text: bnc@teampurpose.com | Dec 17 2025 19:25:00 | Advance America, 1318 Azalea Dr, Waynesboro, MS 39367-2257 |
| 5562762 | + | Email/Text: bankruptcy@ccbank.com | Dec 17 2025 19:25:00 | CC Bank, Attn: Bankruptcy, 1835 W. State Street, Pleasant Grove, UT 84062-4038 |
| 5562761 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Dec 17 2025 19:25:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5562763 | + | Email/Text: bkinfo@ccfi.com | Dec 17 2025 19:25:00 | Community Choice, 127 S 16th Ave, Laurel, MS 39440-4136 |
| 5562764 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 17 2025 19:24:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5562765 | + | EDI: CCS.COM | Dec 18 2025 00:26:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 318 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 5562767 | + | Email/Text: rrush@familychoicefinancial.com | Dec 17 2025 19:24:00 | Family Choice Finanial, 828 Woodland Dr N, Forest, MS 39074-3557 |
| 5571393 | ^ | MEBN | Dec 17 2025 19:23:04 | Joseph T. McDaniel, Esq., For Gulfco of Mississippi LLC, d/b/a Tower Loan of Waynesboro, P O Box 320001, Flowood MS 39232-0001 |
| 5562769 | + | Email/Text: bankruptcy@kikoff.com | Dec 17 2025 19:25:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 5562773 | + | EDI: AGFINANCE.COM | Dec 18 2025 00:26:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5562774 | + | Email/Text: bkinfo@ccfi.com | Dec 17 2025 19:25:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5562777 | + | Email/Text: bkinfo@ccfi.com | Dec 17 2025 19:25:00 | TItle Max, 19 Pass Rd, Gulfport, MS 39507-3257 |
| 5562781 | + | Email/Text: bk@worldacceptance.com | Dec 17 2025 19:25:07 | World Finance Corp, P.O.Box 6429, Greenville, SC 29606-6429 |
| 5562782 | | Email/Text: ekoch@zsattorneys.com | Dec 17 2025 19:25:00 | ZarZaur & Schwartz PC, P.O. Box 11366, Birmingham, AL 35202 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gulfco of Mississippi, LLC, d/b/a Tower Loan of W |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 19, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Waynesboro Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Joseph Todd McDaniel | on behalf of Creditor Gulfco of Mississippi LLC, d/b/a Tower Loan of Waynesboro jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 318 | Total Noticed: 32 |

        on behalf of Debtor Trimonda Ladeise Heidelberg trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1  **Trimonda Ladeise Heidelberg** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7671 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | |
| Case number:  **25–51344–KMS** | |

## Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Trimonda Ladeise Heidelberg**

Dated: 12/17/25

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**